UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20626-CV-WILLIAMS

ELSA QUINONES,

    Plaintiff,

v.

MSC CRUISES, S.A.,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 19) ("*Report*") on Defendant's Motion to Dismiss Plaintiff's Complaint (DE 9) ("*Motion*"). In the Report, Judge Goodman recommends that the Motion be denied. (DE 19 at 1.) No objections were filed to the Report, and the time to object has passed. Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Goodman's Report (DE 19) is **AFFIRMED AND ADOPTED**.

    2.    Defendant's Motion to Dismiss (DE 9) is **DENIED**.

    3.    Defendant shall file an answer to Plaintiff's Complaint (DE 1) within fourteen (14) days from the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 5th day of August, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE